IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZUBLIN CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DICK ANDERSON CONSTRUCTION, INC., a Montana corporation, and CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>Defendants. | CV 19–05–M–DLC<br><br><br>ORDER |

Pursuant to the Notice of voluntary dismissal (Doc. 3) filed by the Plaintiff and Federal Rule of Civil Procedure 41(a)(1),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 29th day of March, 2019.

Dana L. Christensen, Chief District Judge
United States District Court